**IN THE BANKRUPTCY COURT**

**IN THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Brenda Mervine                                           Chapter 13 22-11415MDC

**Affidavit of No Current Pay Advices**

I, Brenda Mervine hereby state that I have post-petition become unemployed and have no paystubs or advices to remit to the trustee or court.

**Respectfully Submitted**

**/s/ Brenda  Mervine**