IN THE BANKRUPTCY COURT

IN THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Brenda Mervine                                          Chapter 13 22-11415MDC

Debtor.

**WITHDRAW OF DOCUMENT ENTERED IN ERROR**

COMES NOW, the Debtor, by and through her attorney, Michael A. Cataldo, and request to withdraw document number 19, Affidavit Regarding Pay Advises which was entered in error.

Therefore, please withdraw document number 19.

GELLERT SCALI BUSENKELL & BROWN, LLC

Dated: July 27, 2022                    /s/Michael A. Cataldo

Michael A. Cataldo, Esquire
Atty  ID 49431
Suite 1901
1628 JFK Blvd
Philadelphia, PA 19103
215-238-0015
mcataldo@gsbblaw.com