**Independence**

Independence Blue Cross, LLC
1901 Market Street
Attn: Payroll 39th Floor
Philadelphia, PA 19103-1480

# Earnings Statement

Page 001 of 001
Period Beg/End: 05/22/2022 - 06/04/2022
Advice Date: 06/03/2022
Advice Number: 0006813880
Batch Number: 000000000882

Mowbray-Mervine, Brenda Anne
719 Jansen Avenue
Essington, PA 19029

For inquiries on this statement please call: 215-241-2605

Basis of Pay:   Hourly
Pay Rate:       $21.79

| Earnings | Rate | Hours This Period | Year-to-Date |
|---|---|---|---|
| Regular Earn | 21.7949 | 15.00- | 326.92- | 10499.73 |
| PTOScheduled | 21.7949 | 15.00 | 326.92 | 817.30 |
| Regular Earn | 21.7949 | 75.00 | 1634.62 | |
| Admin Leave | | | | 81.73 |
| Hol Earnings | | | | 163.46 |
| Recognition | | | | 2000.00 |
| Unpaid Perso | | | | 6211.55 |
| Other Earns | | | | 490.39 |
| **Gross Pay** | | **75.00** | **1634.62** | **14082.61** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| * Excluded from taxable wages | | |
| *Flex HMO | 108.00 | 1188.00 |
| *ConcordiaFlex | 29.77 | 327.47 |
| Hospitalization I | 10.26 | 112.86 |
| Supplemental Life | 14.89 | 163.79 |
| Dependent Life Ch | 2.77 | 30.47 |
| Dependent Life Sp | 4.98 | 54.78 |
| Critical Illness | 19.80 | 217.80 |
| Critical Illness | 19.18 | 210.98 |
| *LTD Enhancement | 6.19 | 68.09 |
| *Blue Chip | 81.73 | 163.73 |
| *Med Spend Acct | 130.50 | 892.58 |
| *FLEX Vacation | 31.43 | 220.01 |
| Spending Acct Fee | 1.00 | 4.00 |
| *Blue Chip | 0.00 | 414.76 |
| **Total Deductions** | **460.50** | **4069.12** |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 0.00 | 641.62 |
| Fed MED/EE | 19.30 | 165.05 |
| Fed OASDI/EE | 82.53 | 705.75 |
| PA Unempl EE | 0.79 | 6.81 |
| PA Withholdng | 40.79 | 348.64 |
| PA TINICUM TWP Withholdng | 13.29 | 113.56 |
| **Total Taxes** | **156.70** | **1981.43** |

| Employer Paid Benefits | | |
|---|---|---|
| Flex HMO | 354.81 | 3902.91 |
| ConcordiaFlex | 23.88 | 262.68 |
| Group Basic Life | 2.79 | 30.69 |
| Group Basic Life | 2.42 | 26.62 |
| Blue Chip | 40.87 | 81.87 |
| Retirement Contri | 49.04 | 310.09 |
| **Total ER Paid Ben** | **471.81** | **4614.86** |

Net Pay    1017.42    8001.86

Direct Deposit Summary
Deposit    Che    XXXXXXXX4974    1,017.42

© 2002 AutomaticData Processing (PCSUVO)

---

**Independence**

Independence Blue Cross, LLC
1901 Market Street
Attn: Payroll 39th Floor
Philadelphia, PA 19103-1480

Advice Number: 0006813880
Advice Date: 06/03/2022

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Mowbray-Mervine, Brenda Anne | Checking XXXXXXXX4974 | 031101279 | 1017.42 |

| Independence Blue Cross, LLC | Pay Group: | BWP-Biweekly Payroll | Business Unit: | IBCBU |
|---|---|---|---|---|
| 1901 Market Street | Pay Begin Date: | 05/08/2022 | Advice #: | 000000006809930 |
| Attn: Payroll 39th Floor | Pay End Date: | 05/21/2022 | Advice Date: | 05/20/2022 |
| Philadelphia, PA 19103-1480 | | | | |
| 215/241-2605 | | | | |

| | | | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|---|---|
| **Brenda Anne Mowbray-Mervine** | Employee ID: | 33158 | Pay Basis: | Hourly | Tax Status: | Married | N/A |
| 719 Jansen Avenue | Department: | 31210-PA Consumer Call Center | Sales Inc Elig: N | | Allowances: | N/A | N/A |
| Essington, PA 19029 | Location: | Work From Home | | | Addl. Percent: | N/A | |
| | Job Title: | Customer Service Rep | | | Addl. Amount: | 25.00 | |
| | Pay Rate: | $1,634.62 Biweekly | | | Dependent Amt: | 2,500.00 | |

### HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Earnings | 21.794872 | 52.50 | 1,144.24 | 421.75 | 9,192.03 | Fed Withholdng | 25.00 | 641.62 |
| OT Earns Reg | 21.794872 | 0.25 | 5.45 | 13.00 | 283.34 | Fed MED/EE | 19.38 | 145.75 |
| PTOScheduled | 21.794872 | 22.50 | 490.38 | 22.50 | 490.38 | Fed OASDI/EE | 82.87 | 623.22 |
| Admin Leave | | | 0.00 | 3.75 | 81.73 | PA Unempl EE | 0.80 | 6.02 |
| Hol Earnings | | | 0.00 | 7.50 | 163.46 | PA Withholdng | 40.96 | 307.85 |
| Phil Sick Lv | | | 0.00 | 2.00 | 43.59 | PA TINICUM TWP Withholdng | 13.34 | 100.27 |
| PTOUnscheduled | | | 0.00 | 7.50 | 163.46 | | | |
| Recognition Bonus | | | 0.00 | | 2,000.00 | | | |
| Unpaid Personal Leave | | | 0.00 | 285.00 | 6,211.55 | | | |
| **TOTAL:** | | **75.25** | **1,640.07** | **763.00** | **12,417.99** | **TOTAL:** | **182.35** | **1,824.73** |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Flex HMO | 108.00 | 1,080.00 | Hospitalization Insurance | 10.26 | 102.60 | Flex HMO | 354.81 | 3,548.10 |
| ConcordiaFlex | 29.77 | 297.70 | Supplemental Life - 4.5X | 14.89 | 148.90 | ConcordiaFlex | 23.88 | 238.80 |
| LTD Enhancement | 6.19 | 61.90 | Dependent Life Child(ren) | 2.77 | 27.70 | Group Basic Life Insurance | 2.79 | 27.90 |
| Blue Chip | 82.00 | 82.00 | Dependent Life Spouse | 4.98 | 49.80 | Group Basic Life Insurance* | 2.42 | 24.20 |
| Med Spend Acct | 130.49 | 762.08 | Critical Illness - Assoc | 19.80 | 198.00 | Blue Chip | 41.00 | 41.00 |
| FLEX Vacation | 31.43 | 188.58 | Critical Illness - Spouse | 19.18 | 191.80 | Retirement Contribution | 49.20 | 261.05 |
| Blue Chip | 0.00 | 414.76 | Spending Acct Fee | 0.00 | 3.00 | | | |
| **TOTAL:** | **387.88** | **2,887.02** | **TOTAL:** | **71.88** | **721.80** | *Taxable **TOTAL:** | **474.10** | **4,141.05** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,640.07 | 1,254.61 | 182.35 | 459.76 | 997.96 |
| YTD | 12,417.99 | 9,555.17 | 1,824.73 | 3,608.82 | 6,984.44 |

| YEAR-TO-DATE | PAID TIME OFF | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| Start Balance | 0.00 | | Account Type | Account Number | Deposit Amount |
| + Core Earned | 150.00 | Advice #000000006809930 | Checking | XXXXXX4974 | 997.96 |
| + Flex Bought | 37.50 | | | | |
| - PTO Processed | 32.00 | | | | |
| - Flex Sold | 0.00 | | | | |
| + Adjustments | 0.00 | | | | |
| **End Balance** | **155.50** | **TOTAL:** | | | **997.96** |

**MESSAGE:**

| Independence Blue Cross, LLC<br>1901 Market Street<br>Attn: Payroll 39th Floor<br>Philadelphia, PA 19103-1480<br>215/241-2605 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BWP-Biweekly Payroll<br>04/24/2022<br>05/07/2022 | Business Unit:<br>Advice #:<br>Advice Date: | IBCBU<br>000000006805980<br>05/06/2022 |
|---|---|---|---|---|
| **Brenda Anne Mowbray-Mervine**<br>719 Jansen Avenue<br>Essington, PA 19029 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 33158<br>31210-PA Consumer Call Center<br>Work From Home<br>Customer Service Rep<br>$1,634.62 Biweekly | Pay Basis: Hourly<br>Sales Inc Elig: N | **TAX DATA:** Federal PA State<br>Tax Status: Married N/A<br>Allowances: N/A N/A<br>Addl. Percent: N/A<br>Addl. Amount: 25.00<br>Dependent Amt: 2,500.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 21.794872 | 73.00 | 1,591.03 | 369.25 | 8,047.79 |
| OT Earns Reg | 21.794872 | 0.75 | 16.35 | 12.75 | 277.89 |
| Phil Sick Lv | 21.794872 | 2.00 | 43.59 | 2.00 | 43.59 |
| Admin Leave | | | 0.00 | 3.75 | 81.73 |
| Hol Earnings | | | 0.00 | 7.50 | 163.46 |
| PTOUnscheduled | | | 0.00 | 7.50 | 163.46 |
| Recognition Bonus | | | 0.00 | | 2,000.00 |
| Unpaid Personal Leave | | | 0.00 | 285.00 | 6,211.55 |
| **TOTAL:** | | **75.75** | **1,650.97** | **687.75** | **10,777.92** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 25.00 | 616.62 |
| Fed MED/EE | 19.54 | 126.37 |
| Fed OASDI/EE | 83.55 | 540.35 |
| PA Unempl EE | 0.81 | 5.22 |
| PA Withholdng | 41.29 | 266.89 |
| PA TINICUM TWP Withholdng | 13.45 | 86.93 |
| **TOTAL:** | **183.64** | **1,642.38** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Flex HMO | 108.00 | 972.00 |
| ConcordiaFlex | 29.77 | 267.93 |
| LTD Enhancement | 6.19 | 55.71 |
| Blue Chip | 66.04 | 414.76 |
| Med Spend Acct | 130.50 | 631.59 |
| FLEX Vacation | 31.43 | 157.15 |
| **TOTAL:** | **371.93** | **2,499.14** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Hospitalization Insurance | 10.26 | 92.34 |
| Supplemental Life - 4.5X | 14.89 | 134.01 |
| Dependent Life Child(ren) | 2.77 | 24.93 |
| Dependent Life Spouse | 4.98 | 44.82 |
| Critical Illness - Assoc | 19.80 | 178.20 |
| Critical Illness - Spouse | 19.18 | 172.62 |
| Spending Acct Fee | 1.00 | 3.00 |
| **TOTAL:** | **72.88** | **649.92** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Flex HMO | 354.81 | 3,193.29 |
| ConcordiaFlex | 23.88 | 214.92 |
| Group Basic Life Insurance | 2.79 | 25.11 |
| Group Basic Life Insurance* | 2.42 | 21.78 |
| Retirement Contribution | 49.53 | 211.85 |
| *Taxable **TOTAL:** | **433.43** | **3,666.95** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,650.97 | 1,281.46 | 183.64 | 444.81 | 1,022.52 |
| YTD | 10,777.92 | 8,300.56 | 1,642.38 | 3,149.06 | 5,986.48 |

| YEAR-TO-DATE | PAID TIME OFF |
|---|---|
| Start Balance | 0.00 |
| + Core Earned | 150.00 |
| + Flex Bought | 37.50 |
| - PTO Processed | 9.50 |
| - Flex Sold | 0.00 |
| + Adjustments | 0.00 |
| **End Balance** | **178.00** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000006805980 | Checking | ▓▓▓▓▓▓4974 | 1,022.52 |
| **TOTAL:** | | | **1,022.52** |

**MESSAGE:**



# Earnings Statement

**Independence** Blue Cross

Independence Blue Cross, LLC
1901 Market Street
Attn: Payroll 39th Floor
Philadelphia, PA 19103-1480

Page 001 of 001
Period Beg/End: 04/10/2022 - 04/23/2022
Advice Date: 04/22/2022
Advice Number: 0006802028
Batch Number: 000000000865

Mowbray-Mervine, Brenda Anne
719 Jansen Avenue
Essington, PA 19029

For inquiries on this statement please call: 215-241-2605

Basis of Pay: Hourly
Pay Rate: $21.79

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| OT Earns Reg | 21.7949 | 1.25 | 27.24 | 261.54 |
| Regular Earn | 21.7949 | 75.00 | 1634.62 | 6456.76 |
| Admin Leave | | | | 81.73 |
| Hol Earnings | | | | 163.46 |
| Recognition | | | | 2000.00 |
| Unpaid Perso | | | | 6211.55 |
| PTOUnschedul | | | | 163.46 |
| **Gross Pay** | | **76.25** | **1661.86** | **9136.25** |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 25.00 | 591.62 |
| Fed MED/EE | | 19.69 | 106.83 |
| Fed OASDI/EE | | 84.22 | 456.80 |
| PA Unempl EE | | 0.81 | 4.41 |
| PA Withholdng | | 41.63 | 225.60 |
| PA TINICUM TWP Withholdng | | 13.56 | 73.48 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| * Excluded from taxable wages | | |
| *Flex HMO | 108.00 | 864.00 |
| *ConcordiaFlex | 29.77 | 238.16 |
| Hospitalization I | 10.26 | 82.08 |
| Supplemental Life | 14.89 | 119.12 |
| Dependent Life Ch | 2.77 | 22.16 |
| Dependent Life Sp | 4.98 | 39.84 |
| Critical Illness | 19.80 | 158.40 |
| Critical Illness | 19.18 | 153.44 |
| *LTD Enhancement | 6.19 | 49.52 |
| *Blue Chip | 66.47 | 348.72 |
| *Med Spend Acct | 130.49 | 501.09 |
| *FLEX Vacation | 31.43 | 125.72 |
| Spending Acct Fee | 0.00 | 2.00 |

**Total Taxes** 184.91 1458.74

**Total Deductions** 444.23 2704.25

Net Pay 1032.72 4963.96

**Direct Deposit Summary**
Deposit Che XXXXXXXX4974 1,032.72

| Employer Paid Benefits | | |
|---|---|---|
| Flex HMO | 354.81 | 2838.48 |
| ConcordiaFlex | 23.88 | 191.04 |
| Group Basic Life | 2.79 | 22.32 |
| Group Basic Life | 2.42 | 19.36 |
| Retirement Contri | 49.86 | 162.32 |

**Total ER Paid Ben** 433.76 3233.52

© 2002 AutomaticData Processing (PCSUV0)

---

**Independence** Blue Cross

Independence Blue Cross, LLC
1901 Market Street
Attn: Payroll 39th Floor
Philadelphia, PA 19103-1480

Advice Number: 0006802028
Advice Date: 04/22/2022

*THIS IS NOT A CHECK*

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Mowbray-Mervine, Brenda Anne | Checking XXXXXXXX4974 | 031101279 | 1032.72 |



# Earnings Statement

**Independence Blue Cross, LLC**
1901 Market Street
Attn: Payroll 39th Floor
Philadelphia, PA 19103-1480

Page 001 of 001
Period Beg/End: 03/27/2022 - 04/09/2022
Advice Date: 04/08/2022
Advice Number: 0006798057
Batch Number: 000000000862

Mowbray-Mervine, Brenda Anne
719 Jansen Avenue
Essington, PA 19029

For inquiries on this statement please call: 215-241-2605

Basis of Pay: Hourly
Pay Rate: $21.79

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Earn | 21.7949 | 7.50- | 163.46- | 4822.14 |
| OT Earns Reg | 21.7949 | 0.75 | 16.35 | 234.30 |
| PTOUnschedul | 21.7949 | 7.50 | 163.46 | 163.46 |
| Regular Earn | 21.7949 | 75.00 | 1634.62 | |
| Admin Leave | | | | 81.73 |
| Hol Earnings | | | | 163.46 |
| Recognition | | | | 2000.00 |
| Unpaid Perso | | | | 6211.55 |
| Gross Pay | | 75.75 | 1650.97 | 7465.09 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| * Excluded from taxable wages | | |
| *Flex HMO | 108.00 | 756.00 |
| *ConcordiaFlex | 29.77 | 208.39 |
| Hospitalization I | 10.26 | 71.82 |
| Supplemental Life | 14.89 | 104.23 |
| Dependent Life Ch | 2.77 | 19.39 |
| Dependent Life Sp | 4.98 | 34.86 |
| Critical Illness | 19.80 | 138.60 |
| Critical Illness | 19.18 | 134.26 |
| *LTD Enhancement | 6.19 | 43.33 |
| *Blue Chip | 66.04 | 282.25 |
| *Med Spend Acct | 130.49 | 370.60 |
| *FLEX Vacation | 31.43 | 94.29 |
| Spending Acct Fee | 1.00 | 2.00 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 25.00 | 566.62 |
| Fed MED/EE | 19.54 | 87.14 |
| Fed OASDI/EE | 83.54 | 372.58 |
| PA Unempl EE | 0.81 | 3.60 |
| PA Withholdng | 41.29 | 183.97 |
| PA TINICUM TWP Withholdng | 13.45 | 59.92 |

| Total Taxes | 183.63 | 1273.83 |
|---|---|---|

Net Pay   1022.54   3931.24

**Direct Deposit Summary**
Deposit  Che  XXXXXXXX4974   1,022.54

| Total Deductions | 444.80 | 2260.02 |
|---|---|---|

**Employer Paid Benefits**

| | | |
|---|---|---|
| Flex HMO | 354.81 | 2483.67 |
| ConcordiaFlex | 23.88 | 167.16 |
| Group Basic Life | 2.79 | 19.53 |
| Group Basic Life | 2.42 | 16.94 |
| Retirement Contri | 49.53 | 112.46 |

| Total ER Paid Ben | 433.43 | 2799.76 |
|---|---|---|

© 2002 Automatic Data Processing (PCBUV0)

---

**Independence Blue Cross, LLC**
1901 Market Street
Attn: Payroll 39th Floor
Philadelphia, PA 19103-1480

Advice Number: 0006798057
Advice Date: 04/08/2022

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Mowbray-Mervine, Brenda Anne | Checking XXXXXXXX4974 | 031101279 | 1022.54 |