TRAINER BOROUGH
824 Main Street
Trainer PA  19061

1304-2813
ORG: POS-Bi-Weekly
EE ID: 19            DD

NON-NEGOTIABLE

RUSSELL A MERVINE
719 JANSEN AVE
ESSINGTON PA  19029

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Russell A Mervine | | | | | Hourly | 80.00 | 21.9000 | 1752.00 | 844.00 | 18483.60 |
| 719 Jansen Ave | | | | | P Day OT. | | | | 16.00 | 525.60 |
| Essington, PA  19029 | | | | | **Total Hours** | 80.00 | | | 860.00 | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 19 | | | | | **Gross Earnings** | | | 1752.00 | | 19009.20 |
| **Home Department:** 1 Bi-Weekly | | | | | **Total Hrs Worked** | 80.00 | | | | |
| | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **Pay Period:** 05/15/22 **to** 05/28/22 | | | | | Social Security | | | 108.62 | | 1178.57 |
| **Check Date:** 06/03/22   **Check #:** 262 | | | | | Medicare | | | 25.40 | | 275.63 |
| NET PAY ALLOCATIONS | | | | | Fed Income Tax | S 1 | | 162.41 | | 1764.73 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | PA Income Tax | | | 53.79 | | 583.61 |
| Check Amount | 0.00 | 0.00 | | | PA Unemploy | | | 1.05 | | 11.40 |
| Chkg 479 | 1369.88 | 14858.54 | | | PA TRAIN-Del Inc | | | 17.52 | | 190.09 |
| **NET PAY** | **1369.88** | **14858.54** | | | **TOTAL** | | | 368.79 | | 4004.03 |
| | | | DEDUCTION | | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | | | | | FOP Dues | | | 13.33 | | 146.63 |
| | | | | | **TOTAL** | | | 13.33 | | 146.63 |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| NET PAY | | **1369.88** | **14858.54** |

*Payrolls by Paychex, Inc.*

0027 1304-2813  Trainer Borough • 824 Main Street • Trainer PA  19061 • (610) 497-3838

TRAINER BOROUGH
824 Main Street
Trainer PA 19061

1304-2813
ORG: 0027
EE ID: 19

D: Bi-Weekly
DD

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

RUSSELL A MERVINE
719 JANSEN AVE
ESSINGTON PA 19029

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Russell A Mervine | | | | | Hourly | 80.00 | 21.9000 | 1752.00 | 764.00 | 16731.60 |
| 719 Jansen Ave | | | | | P Day OT. | | | | 16.00 | 525.60 |
| Essington, PA 19029 | | | | | **Total Hours** | 80.00 | | | 780.00 | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 19 | | | | | **Gross Earnings** | | | 1752.00 | | 17257.20 |
| | | | | | **Total Hrs Worked** | 80.00 | | | | |
| **Home Department:** 1 Bi-Weekly | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | | Social Security | | | 108.63 | | 1069.95 |
| **Pay Period:** 05/01/22 **to** 05/14/22 | | | | | Medicare | | | 25.40 | | 250.23 |
| **Check Date:** 05/20/22  **Check #:** 236 | | | | | Fed Income Tax | S 1 | | 162.41 | | 1602.32 |
| NET PAY ALLOCATIONS | | | | | PA Income Tax | | | 53.79 | | 529.82 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | PA Unemploy | | | 1.05 | | 10.35 |
| Check Amount | 0.00 | 0.00 | | | PA TRAIN-Del Inc | | | 17.52 | | 172.57 |
| Chkg 479 | 1369.87 | 13488.66 | | | **TOTAL** | | | 368.80 | | 3635.24 |
| **NET PAY** | **1369.87** | **13488.66** | DEDUCTION | | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | | | | | FOP Dues | | | 13.33 | | 133.30 |
| | | | | | **TOTAL** | | | 13.33 | | 133.30 |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| NET PAY | | **1369.87** | **13488.66** |

*Payrolls by Paychex, Inc.*

0027  1304-2813  Trainer Borough • 824 Main Street • Trainer PA 19061 • (610) 497-3838

TRAINER BOROUGH
824 Main Street
Trainer PA  19061

1304-2813
ORG: POS: Bi-Weekly
EE ID: 19        DD

NON-NEGOTIABLE

RUSSELL A MERVINE
719 JANSEN AVE
ESSINGTON PA  19029

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Russell A Mervine | | | | | Hourly | 74.00 | 21.9000 | 1620.60 | 684.00 | 14979.60 |
| 719 Jansen Ave | | | | | P Day OT. | 8.00 | 32.8500 | 262.80 | 16.00 | 525.60 |
| Essington, PA  19029 | | | | | **Total Hours** | 82.00 | | | 700.00 | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 19 | | | | | **Gross Earnings** | | | 1883.40 | | 15505.20 |
| | | | | | **Total Hrs Worked** | 82.00 | | | | |
| **Home Department:** 1 Bi-Weekly | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | | Social Security | | | 116.77 | | 961.32 |
| **Pay Period:** 04/17/22 **to** 04/30/22 | | | | | Medicare | | | 27.31 | | 224.83 |
| **Check Date:** 05/06/22  **Check #:** 217 | | | | | Fed Income Tax | S 1 | | 178.18 | | 1439.91 |
| NET PAY ALLOCATIONS | | | | | PA Income Tax | | | 57.82 | | 476.03 |
| | | | | | PA Unemploy | | | 1.13 | | 9.30 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | PA TRAIN-Del Inc | | | 18.83 | | 155.05 |
| Check Amount | 0.00 | 0.00 | | | **TOTAL** | | | 400.04 | | 3266.44 |
| Chkg 479 | 1470.03 | 12118.79 | DEDUCTION | | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| **NET PAY** | **1470.03** | **12118.79** | | | FOP Dues | | | 13.33 | | 119.97 |
| | | | | | **TOTAL** | | | 13.33 | | 119.97 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1470.03** | **12118.79** |

*Payrolls by Paychex, Inc.*

0027  1304-2813  Trainer Borough • 824 Main Street • Trainer PA  19061 • (610) 497-3838

TRAINER BOROUGH
824 Main Street
Trainer PA  19061

1304-2813
ORG: POS
EE ID: 19    L: Bi-Weekly    DD

NON-NEGOTIABLE

RUSSELL A MERVINE
719 JANSEN AVE
ESSINGTON PA  19029

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Russell A Mervine
719 Jansen Ave
Essington, PA  19029
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 19

**Home Department:** 1 Bi-Weekly

**Pay Period:** 04/03/22 **to** 04/16/22
**Check Date:** 04/22/22    **Check #:** 192

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 479 | 1577.13 | 10648.76 |
| **NET PAY** | **1577.13** | **10648.76** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---:|---:|---:|---:|---:|
| | | Hourly | 93.00 | 21.9000 | 2036.70 | 610.00 | 13359.00 |
| | | P Day OT. | | | | 8.00 | 262.80 |
| | | **Total Hours** | 93.00 | | | 618.00 | |
| | | **Gross Earnings** | | | 2036.70 | | 13621.80 |
| | | **Total Hrs Worked** | 93.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---:|---:|
| | Social Security | | 126.27 | 844.55 |
| | Medicare | | 29.54 | 197.52 |
| | Fed Income Tax | S 1 | 206.31 | 1261.73 |
| | PA Income Tax | | 62.53 | 418.21 |
| | PA Unemploy | | 1.22 | 8.17 |
| | PA TRAIN-Del Inc | | 20.37 | 136.22 |
| | **TOTAL** | | 446.24 | 2866.40 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---:|---:|
| | FOP Dues | 13.33 | 106.64 |
| | **TOTAL** | 13.33 | 106.64 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **1577.13** | **10648.76** |

*Payrolls by Paychex, Inc.*

0027 1304-2813  Trainer Borough • 824 Main Street • Trainer PA  19061 • (610) 497-3838

TRAINER BOROUGH
824 Main Street
Trainer PA  19061

1304-2813
ORG: POS-Bi-Weekly
EE ID: 19          DD

RUSSELL A MERVINE
719 JANSEN AVE
ESSINGTON PA  19029

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Russell A Mervine
719 Jansen Ave
Essington, PA  19029
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 19

**Home Department:** 1 Bi-Weekly

**Pay Period:** 03/20/22 **to** 04/02/22
**Check Date:** 04/08/22    **Check #:** 176

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 479 | 1253.02 | 9071.63 |
| **NET PAY** | **1253.02** | **9071.63** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 73.00 | 21.9000 | 1598.70 | 517.00 | 11322.30 |
| | | P Day OT. | | | | 8.00 | 262.80 |
| | | **Total Hours** | 73.00 | | | 525.00 | |
| | | **Gross Earnings** | | | 1598.70 | | 11585.10 |
| | | **Total Hrs Worked** | 73.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 99.12 | 718.28 |
| | Medicare | | 23.18 | 167.98 |
| | Fed Income Tax | S 1 | 144.02 | 1055.42 |
| | PA Income Tax | | 49.08 | 355.68 |
| | PA Unemploy | | 0.96 | 6.95 |
| | PA TRAIN-Del Inc | | 15.99 | 115.85 |
| | **TOTAL** | | 332.35 | 2420.16 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | FOP Dues | 13.33 | 93.31 |
| | **TOTAL** | 13.33 | 93.31 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1253.02** | **9071.63** |

*Payrolls by Paychex, Inc.*

0027  1304-2813  Trainer Borough • 824 Main Street • Trainer PA  19061 • (610) 497-3838