# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

BRENDA MERVINE  Bankruptcy No. 22-11415-MDC
RUSSELL A. MERVINE, SR.
719 Jansen Avenue

Essington, PA 19029

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
  BRENDA MERVINE
  RUSSELL A. MERVINE, SR.
  719 Jansen Avenue

  Essington, PA 19029

**Counsel for debtor(s), by electronic notice only.**
  MICHAEL A CATALDO, ESQ.
  GELLER, SCALI, BUSENKELL & BROWN .LLC
  1628 JFK BLVD. STE #1901
  PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
  Office of the U.S. Trustee
  Eastern District of Pennsylvania
  833 Chestnut Street, Suite 500
  Philadelphia, PA  19107

Date: 8/3/2022  /s/ Kenneth E. West

                                                               Kenneth E. West, Esquire
                                                               Chapter 13 Standing Trustee