IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br>Brenda Mervine,<br>Russell Mervine,<br>      Debtors(s) | Case No: 22-11415 MDC<br>Chapter 13 |
|---|---|

### CERTIFICATION OF NO RESPONSE
### REGARDING DOCKET NO. 29

The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the Application for Compensation and Reimbursement of Expenses. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application for Compensation and Reimbursement of Expenses appears thereon. Counsel for Debtor certifies that the Application is unopposed and that the Order can be signed granting the requested relief.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

GELLERT SCALI BUSENKELL & BROWN, LLC

Dated: 9/2/2022    By: /s/Michael A. Cataldo
    MICHAEL A. CATALDO (PA 49431)
    1628 John F. Kennedy Blvd. Suite 1901
    Philadelphia, PA 19103
    Telephone: (215) 238-0010
    Facsimile: (215) 238-0016
    mcataldo@gsbblaw.com

*Counsel for the Debtor*