United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-11415-mdc

Brenda Mervine  Chapter 13

Russell A. Mervine, Sr.

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4

Date Rcvd: Sep 15, 2022      Form ID: 155      Total Noticed: 61

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brenda Mervine, Russell A. Mervine, Sr., 719 Jansen Avenue, Essington, PA 19029-1110 |
| 14695201 | | Aqua Pennsylvania Inc, 762 W Lancaster Ave, Bryn Mawr, PA 19010-3489 |
| 14695208 | | CKS Prime Investments, LLC, C/O Demetrios H. Tsarouhis,Esquire, 21 S 9th Street, Allentown, PA 18102-4861 |
| 14695204 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 14695216 | + | Growcredit, 1447 2nd Street, Suite 200, Santa Monica, CA 90401-3404 |
| 14695217 | + | Hope Veterinary Specialists, 40 Three Tun Rd, Malvern, PA 19355-3984 |
| 14696730 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14695222 | | Magisterial District 32-2-44, 917 Lincoln Ave, Prospect Park, PA 19076-1414 |
| 14695223 | + | Microf, Dept 684, PO Box4115, Concord, CA 94524-4115 |
| 14695224 | + | Microf, 1000 Holcomb Woods Parkway, Suite 417, Roswell, GA 30076-2585 |
| 14695226 | + | Mngh Llc, Attn: Bankruptcy, 5401 W Kennedy Blvd #1030, Tampa, FL 33609-2450 |
| 14695227 | + | PA Dept of Revenue-Bureau of Compliance, 1133 Strawberry Square, Harrisburg, PA 17128-0001 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14708735 | + | Email/Text: g20956@att.com | Sep 15 2022 23:54:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14695200 | + | Email/Text: bankruptcynotices@aarons.com | Sep 15 2022 23:54:00 | Aaron Furniture, 1740 N. Olden Ave, Suite A5, Trenton, NJ 08638-3110 |
| 14711594 | + | Email/Text: bncmail@w-legal.com | Sep 15 2022 23:54:00 | Alliant Capital Management - HDH, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 14695202 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 15 2022 23:54:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14695209 | | Email/Text: cfcbackoffice@contfinco.com | Sep 15 2022 23:54:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 14695203 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 15 2022 23:54:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14698003 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 15 2022 23:58:49 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14695205 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2022 23:58:46 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14695206 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 15 2022 23:58:50 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14695207 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 15 2022 23:58:46 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |

Case 22-11415-mdc    Doc 37    Filed 09/17/22    Entered 09/18/22 00:29:36    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 15, 2022 | Form ID: 155 | Total Noticed: 61 |

| ID | | Delivery | Timestamp | Recipient |
|---|---|---|---|---|
| 14696383 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2022 23:58:53 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14700116 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2022 23:58:49 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14711967 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 15 2022 23:54:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14703664 | + | Email/Text: bankruptcy@cavps.com | Sep 15 2022 23:54:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14695213 | | Email/Text: BNSFS@capitalsvcs.com | Sep 15 2022 23:54:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14695210 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 15 2022 23:54:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14695211 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 15 2022 23:58:46 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14695212 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Sep 15 2022 23:54:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 14709269 | | Email/Text: bankruptcy@glsllc.com | Sep 15 2022 23:54:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 14695215 | | Email/Text: bankruptcy@glsllc.com | Sep 15 2022 23:54:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 14695218 | | Email/Text: Bankruptcy@ICSystem.com | Sep 15 2022 23:54:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164 |
| 14695219 | + | Email/Text: bankruptcy@kikoff.com | Sep 15 2022 23:54:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 14695220 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 15 2022 23:54:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14697998 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 23:58:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696730 | ^ | MEBN | Sep 15 2022 23:50:42 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14712207 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 15 2022 23:54:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 14695221 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 15 2022 23:54:00 | Loancare, Cit Bank,, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 14695225 | + | Email/Text: bk@microf.com | Sep 15 2022 23:54:00 | Microf, PO Box 70085, Albany, GA 31708-0085 |
| 14698821 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2022 23:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14711162 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 15 2022 23:58:50 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14695228 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 15 2022 23:54:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14698105 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 15 2022 23:54:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14695229 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2022 23:58:54 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14696440 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 15 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14711358 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 23:58:50 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14700921 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 15 2022 23:54:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14695230 | | Email/Text: joey@rmscollect.com | Sep 15 2022 23:54:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 14695231 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 23:58:50 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14695232 | + | Email/Text: bankruptcy@sccompanies.com | Sep 15 2022 23:55:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14695233 | + | Email/Text: clientservices@simonsagency.com | Sep 15 2022 23:54:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 14695549 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 23:58:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14695234 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 23:58:47 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14695235 | + | Email/Text: documentfiling@lciinc.com | Sep 15 2022 23:54:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14695236 | ^ | MEBN | Sep 15 2022 23:50:35 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 14698186 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 15 2022 23:54:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO Box 8973, Madison, WI 53708-8973 |
| 14696430 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 15 2022 23:58:46 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 14695237 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 15 2022 23:54:00 | Usdoe/Glelsi, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14709014 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2022 23:58:46 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14695238 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 15 2022 23:54:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 14695239 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 15 2022 23:58:50 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14695214 | | Fst Premier |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 22-11415-mdc    Doc 37    Filed 09/17/22    Entered 09/18/22 00:29:36    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 15, 2022 | Form ID: 155 | Total Noticed: 61 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CATALDO | on behalf of Debtor Brenda Mervine mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com |
| MICHAEL A. CATALDO | on behalf of Joint Debtor Russell A. Mervine  Sr. mcataldo@gsbblaw.com, bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Brenda Mervine and Russell A. Mervine, Sr.

    Debtor(s)

Chapter: 13

Bankruptcy No: 22−11415−mdc

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this September 15, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

35 − 12
Form 155