**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| **Brenda Mervine,** | ) | |
| **Russell Mervine,** | ) | |
| Debtors(s) | ) | |
| | ) | Bky. No. 22-11415 MDC |

### ORDER APPROVING APPLICATION FOR COMPENSATION

AND NOW, this ___24th___ day of _____October_____ 2022, upon consideration of the Application for Compensation, it is

ORDERED that compensation of $6,500.00 is allowed and the balance due to counsel in the amount of $5,500.00 shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE