United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-11415-mdc

Brenda Mervine Chapter 13

Russell A. Mervine, Sr.

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brenda Mervine, Russell A. Mervine, Sr., 719 Jansen Avenue, Essington, PA 19029-1110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CATALDO | on behalf of Debtor Brenda Mervine mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com |
| MICHAEL A. CATALDO | on behalf of Joint Debtor Russell A. Mervine Sr. mcataldo@gsbblaw.com, bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| Brenda Mervine, | ) | |
| Russell Mervine, | ) | |
|     Debtors(s) | ) | |
| | ) | Bky. No. 22-11415 MDC |

### ORDER APPROVING APPLICATION FOR COMPENSATION

AND NOW, this __24th__ day of __October__ 2022, upon consideration of the Application for Compensation, it is

ORDERED that compensation of $6,500.00 is allowed and the balance due to counsel in the amount of $5,500.00 shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE