**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 22-11415-MDC

BRENDA MERVINE
RUSSELL A. MERVINE, SR.
719 JANSEN AVENUE

ESSINGTON, PA 19029

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRENDA MERVINE
    RUSSELL A. MERVINE, SR.
    719 JANSEN AVENUE

    ESSINGTON, PA 19029

Counsel for debtor(s), by electronic notice only.

    MICHAEL A CATALDO, ESQ.
    GELLER, SCALI, BUSENKELL & BROWN .LLC
    1628 JFK BLVD. STE #1901
    PHILADELPHIA, PA 19102-

                                                       /S/ Kenneth E. West

Date: 1/10/2023                                        _____

                                                          Kenneth E. West, Esquire
                                                          Chapter 13 Standing Trustee