**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>BRENDA MERVINE<br>RUSSELL A. MERVINE, SR. | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 22-11415-MDC |

# **O R D E R**

**AND NOW**, this _____9th_____ day of _____February_____ 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL A CATALDO, ESQ.
GELLER, SCALI, BUSENKELL & BROWN .LLC
1628 JFK BLVD. STE #1901
PHILADELPHIA, PA 19102-

Debtor:
BRENDA MERVINE
RUSSELL A. MERVINE, SR.
719 JANSEN AVENUE

ESSINGTON, PA 19029