United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-11415-mdc |
|---|---|
| Brenda Mervine | Chapter 13 |
| Russell A. Mervine, Sr. | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: pdf900 | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brenda Mervine, Russell A. Mervine, Sr., 719 Jansen Avenue, Essington, PA 19029-1110 |
| 14695201 | | Aqua Pennsylvania Inc, 762 W Lancaster Ave, Bryn Mawr, PA 19010-3489 |
| 14695208 | | CKS Prime Investments, LLC, C/O Demetrios H. Tsarouhis,Esquire, 21 S 9th Street, Allentown, PA 18102-4861 |
| 14695216 | + | Growcredit, 1447 2nd Street, Suite 200, Santa Monica, CA 90401-3404 |
| 14695217 | + | Hope Veterinary Specialists, 40 Three Tun Rd, Malvern, PA 19355-3984 |
| 14695222 | | Magisterial District 32-2-44, 917 Lincoln Ave, Prospect Park, PA 19076-1414 |
| 14695223 | + | Microf, Dept 684, PO Box4115, Concord, CA 94524-4115 |
| 14695224 | + | Microf, 1000 Holcomb Woods Parkway, Suite 417, Roswell, GA 30076-2585 |
| 14695226 | + | Mngh Llc, Attn: Bankruptcy, 5401 W Kennedy Blvd #1030, Tampa, FL 33609-2450 |
| 14695227 | + | PA Dept of Revenue-Bureau of Compliance, 1133 Strawberry Square, Harrisburg, PA 17128-0001 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 11 2023 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2023 00:25:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14708735 | + | Email/Text: g20956@att.com | Feb 11 2023 00:25:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14695200 | + | Email/Text: bankruptcynotices@aarons.com | Feb 11 2023 00:25:00 | Aaron Furniture, 1740 N. Olden Ave, Suite A5, Trenton, NJ 08638-3110 |
| 14711594 | + | Email/Text: bncmail@w-legal.com | Feb 11 2023 00:25:00 | Alliant Capital Management - HDH, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 14695202 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 11 2023 00:25:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14695209 | | Email/Text: cfcbackoffice@contfinco.com | Feb 11 2023 00:25:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 14695203 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 11 2023 00:25:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14698003 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 11 2023 00:25:40 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14695204 | ^ | MEBN | Feb 11 2023 00:20:46 | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |

Case 22-11415-mdc    Doc 50    Filed 02/12/23    Entered 02/13/23 00:31:16    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: pdf900 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| 14695205 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Feb 11 2023 00:25:34 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14695206 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Feb 11 2023 00:25:40 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14695207 | | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Feb 11 2023 00:25:34 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14696383 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Feb 11 2023 00:25:34 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14700116 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Feb 11 2023 00:25:46 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14711967 | + | Email/Text: rm-bknotices@bridgecrest.com | | |
| | | | Feb 11 2023 00:25:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14703664 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Feb 11 2023 00:25:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14695213 | | Email/Text: BNSFS@capitalsvcs.com | | |
| | | | Feb 11 2023 00:25:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14695210 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Feb 11 2023 00:25:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14695211 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Feb 11 2023 00:25:40 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14695212 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | | |
| | | | Feb 11 2023 00:25:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 14709269 | | Email/Text: bankruptcy@glsllc.com | | |
| | | | Feb 11 2023 00:25:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 14695215 | | Email/Text: bankruptcy@glsllc.com | | |
| | | | Feb 11 2023 00:25:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 14695218 | + | Email/Text: Bankruptcy@ICSystem.com | | |
| | | | Feb 11 2023 00:25:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14695219 | + | Email/Text: bankruptcy@kikoff.com | | |
| | | | Feb 11 2023 00:25:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 14695220 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Feb 11 2023 00:25:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14697998 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 11 2023 00:25:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696730 | ^ | MEBN | | |
| | | | Feb 11 2023 00:20:45 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14712207 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Feb 11 2023 00:25:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 14695221 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Feb 11 2023 00:25:00 | Loancare, Cit Bank,, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 14695225 | + | Email/Text: bk@microf.com | | |
| | | | Feb 11 2023 00:25:00 | Microf, PO Box 70085, Albany, GA 31708-0085 |
| 14698821 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 11 2023 00:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14711162 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Feb 11 2023 00:25:40 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14695228 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Feb 11 2023 00:25:00 | PECO, 2301Market Street, Philadelphia, PA |

Case 22-11415-mdc    Doc 50    Filed 02/12/23    Entered 02/13/23 00:31:16    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: pdf900 | Total Noticed: 63 |

| Recip ID | | Notice Type/Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19103-1380 |
| 14698105 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 11 2023 00:25:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14695229 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2023 00:25:40 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14696440 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14711358 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2023 00:25:35 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14700921 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 11 2023 00:25:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14695230 | | Email/Text: joey@rmscollect.com | Feb 11 2023 00:25:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 14695231 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2023 00:25:46 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14695232 | + | Email/Text: bankruptcy@sccompanies.com | Feb 11 2023 00:25:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14695233 | + | Email/Text: clientservices@simonsagency.com | Feb 11 2023 00:25:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 14695549 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2023 00:25:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14695234 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2023 00:25:40 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14695235 | + | Email/Text: documentfiling@lciinc.com | Feb 11 2023 00:25:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14695236 | ^ | MEBN | Feb 11 2023 00:20:32 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 14698186 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 11 2023 00:25:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO Box 8973, Madison, WI 53708-8973 |
| 14696430 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 11 2023 00:25:34 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 14695237 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 11 2023 00:25:00 | Usdoe/Glelsi, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14709014 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 11 2023 00:25:35 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14695238 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 11 2023 00:25:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 14695239 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 11 2023 00:25:39 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason   Name and Address**

Case 22-11415-mdc    Doc 50    Filed 02/12/23    Entered 02/13/23 00:31:16    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: pdf900 | Total Noticed: 63 |

| 14695214 | | Fst Premier |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CATALDO | on behalf of Debtor Brenda Mervine mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com |
| MICHAEL A. CATALDO | on behalf of Joint Debtor Russell A. Mervine  Sr. mcataldo@gsbblaw.com, bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> BRENDA MERVINE <br> RUSSELL A. MERVINE, SR. | Chapter 13 |
| Debtor | Bankruptcy No. 22-11415-MDC |

# ORDER

    **AND NOW**, this \_\_\_\_9th\_\_\_\_ day of _____February\_\_\_\_\_ 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
MICHAEL A CATALDO, ESQ.
GELLER, SCALI, BUSENKELL & BROWN .LLC
1628 JFK BLVD. STE #1901
PHILADELPHIA, PA 19102-

Debtor:
BRENDA MERVINE
RUSSELL A. MERVINE, SR.
719 JANSEN AVENUE

ESSINGTON, PA 19029